UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
APR -1 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY TOMPKIN,

Defendant.

No. 4:20CR213 RWS/NAB

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 26, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ANTHONY TOMPKIN,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
NATALIE WARNER #56712MO
Special Assistant United States Attorney