UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
APR -1 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR213 RWS/NAB |
| ANTHONY TOMPKIN, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Natalie Warner, Special Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with Felon in Possession of a Firearm, in violation of 18 U.S.C. §922(g)(1), an offense for which a maximum ten (10) years imprisonment is prescribed under Title 18.

2. According to St. Louis Metropolitan Police Officers, they responded the morning of February 26, 2020 to a call for "Burglars in the Building" at 3734 Wisconsin in the Marine Villa neighborhood. When they arrived, they were met by the building maintenance worker who stated that the premises had recently been vacated, therefore no one should be inside, however he saw a person sleeping inside. The maintenance worker allowed the police officers inside with a key. The officers found the defendant asleep on an air mattress in a bedroom with two young children. Next to the bed was a loaded black handgun and what appeared to be a large bag of a green leafy like substance. Officers seized the loaded black Ruger 9mm P95 handgun and rendered it safe then woke the

defendant. The defendant gave false information for himself as well as the children. Defendant gave police a known alias, Antwan Tompkin, but his correct social security number. There were several fugitive warrants for the defendant's arrest from multiple agencies. Before this date, the Defendant had plead guilty to a felony and been sentenced to over one year in prison. Laboratory analysis revealed the bag to contain over 100 grams of Marijuana.

3. The defendant's criminal history reflects that he has multiple felony convictions including, but not limited to, the following:

- 14AACR00275, *State of Missouri v. Anthony Tompkin*
  Guilty Plea/Sentence Date:    March 28, 2016
              Count One:       Burglary in the First Degree – Class B Felony
              Count Four:      Felonious Restraint – Class C Felony
              Count Five:      Theft of a Firearm – Class C Felony
              Sentence:        Ten years in the Missouri Department of Corrections, Suspended Execution of that Sentence for a period of Five years during which he would report to the Missouri Department of Probation and Parole.

- 12CF00519, *State of Illinois v. Antwan Tompkin*
  Guilty Plea/Sentence Date:    August 15, 2012/October 5, 2012
              Count One:       Unlawful Restraint – Class 4 Felony
              Count Two:       Aggravated Battery – Class 3 Felony
              Sentence:        Probation granted.

- 12CF0076801, *State of Illinois v. Antwan Tompkin*
  Guilty Plea/Sentence Date:    June 28, 2012
              Count One:       Retail Theft Subsequent – Class 4 Felony
              Sentence:        Twelve months intensive probation, 35 days jail time credit, probation terminated unsatisfied on April 19, 2013.

- 12CF0027101, *State of Illinois v. Anthony Tompkin*
  Guilty Plea/Sentence Date:    April 4, 2012
              Count One:       Retail Theft – Class 3 Felony
              Sentence:        Twenty-Four months of special probation. Terminated unsatisfied on June 28, 2012.

4. The defendant also has prior misdemeanor convictions, some of which are listed here:

- 013AACR00036, *State of Missouri v. Anthony Tompkin*
  Guilty Plea/Sentence Date:    August 22, 2013
              Count One:       Resisting Arrest – Class A Misdemeanor
              Sentence:        60 days confinement

- 01CM0002059, *State of Illinois v. Anthony Tompkin*
    Guilty Plea/Sentence Date:     May 21, 2013
            Count One:     Criminal Trespass to Property – Class A Misdemeanor
            Sentence:     Fine

- 14CM0002682, *State of Illinois v. Anthony Tompkin*
    Guilty Plea/Sentence Date:     January 4, 2016
            Count One:     Retail Theft – Class A Misdemeanor
            Sentence:     Probation granted.

- 12CM0001918, *State of Illinois v. Anthony Tompkin*
    Guilty Plea/Sentence Date:     May 21, 2013
            Count One:     Obstructing Peace Officer – Class A Misdemeanor
            Sentence:     Fine

- 013AACR00036, *State of Illinois v. Anthony Tompkin*
    Guilty Plea/Sentence Date:     August 22, 2013
            Count One:     Resisting Arrest – Class A Misdemeanor
            Sentence:     60 days confinement

- 19CM000061, *State of Illinois v. Antwan Tompkin*
    Guilty Plea/Sentence Date:     April 26, 2019
            Count One:     Possession Cannabis – Class B Misdemeanor
            Sentence:     Delayed sentencing with Court supervision

5. The defendant has previously failed to appear multiple times in almost every case that he has been charged. At the time of this offense, the defendant had multiple bench warrants including for felony violations from the State of Illinois, including the three pending cases listed below in paragraph 6.

6. The defendant has other currently pending cases in St. Clair County Illinois State Court.

- 17CF0107901, *State of Illinois v. Anthony Tompkin*
        Date of Offense:     June 21, 2017
        Count One:     Unlawful Possession of a Weapon by a Felon – Class 3 felony

- 17CF0107902, *State of Illinois v. Anthony Tompkin*
        Date of Offense:     June 21, 2017
        Count One:     Sell Firearm-No Valid FOID – Class 4 felony

- 19CF0039901, *State of Illinois v. Anthony Tompkin*
        Date of Offense:     March 12, 2019
        Count One:     Criminal Damage to Property – Class 4 felony

7. There is a serious risk that the defendant will flee, given the defendant's history of his failure to comply with supervision while on probation, multiple serious convictions in two different states, his previous flight from prosecution, and the potential sentence the defendant faces in this case.

8. The defendant's criminal history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure the defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/ Natalie Warner*
NATALIE WARNER, #56712MO
Special Assistant United States Attorney